UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| James W. Weber | : | |
| Brenda R. Weber | : | CASE NO. 12-55832 |
| | : | |
| | : | |
| DEBTOR(S), | : | JUDGE CALDWELL |

**<u>NOTICE OF CHANGE OF ADDRESS</u>**

   The undersigned attorney for the Debtor states that all correspondence regarding this case should be forwarded to the following address, effective immediately:

        6691 Blackbird Ln.
       Canal Winchester, OH 43110

Dated: June 16, 2015

            */s/Tad A. Semons*
            Tad A. Semons #0069743
            Attorney for Debtor
            85 E. Gay St.,Ste. 903
            Columbus, OH 43215
            614-228-1930
            tsemons@sbcglobal.net